■ In the Matter of Joseph F. Schieder et al., Respondents, v. Roger D. Moore et al., Constituting the Board of Education of the Union Free School District No. 1, et al., Appellants. (Appeal No. 2.) — Same decision and memorandum as in *Matter of Schieder* v. *Moore* (45 A D 2d 985). (Appeal from order of Erie Special Term amending judgment in article 78 proceeding.) Present — Marsh, P. J., Moule, Cardamone and Goldman, JJ.